```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A99-0519--CV (JWS)
                  "USA V WILLIAM T. SIGLER"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/27/99
           Closed: 10/28/99

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (690) Other forfeiture and penalty suits
                   49:46301(D)(4)
           Origin: (1) Original Proceeding
           Demand: 1
       Filing fee: Waived
         Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1    SIGLER, WILLIAM T. | William Thomas Sigler II<br>Pro Per<br>4003 Lois<br>Anchorage, AK 99517-2652 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A99-0519--CV (JWS)
                   "USA V WILLIAM T. SIGLER"

                      For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 08/27/99
         Closed: 10/28/99

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (690) Other forfeiture and penalty suits
                  49:46301(D)(4)
          Origin: (1) Original Proceeding
          Demand: 1
      Filing fee: Waived
        Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/27/99 | Complaint filed; Summons issued. |
| 2 - 1 | 10/05/99 | PLF 1 Return of Service Executed 09/09/99 via personal service w/att exh. |
| 3 - 1 | 10/14/99 | PLF 1 Application for entry of default against W. Sigler w/att aff. |
| 4 - 1 | 10/14/99 | PLF 1 motion for default judgment w/att aff of cnsl & aff of amount due. |
| 5 - 1 | 10/15/99 | Clerk's Notice entering default as to def W. Sigler.  cc: cnsl, W. Sigler |
| 6 - 1 | 10/28/99 | JWS Order granting motion for default judgment (4-1); judg awarded in favor of plf and against def in the amount of $5,000; def to surrender Airworthiness Certificate for civil aircraft N89870. cc: cnsl; O&J 10748 |
| 7 - 1 | 07/27/00 | PLF 1 Aff & request for issuance of writ of execution on PFD. |
| NOTE - 1 | 07/28/00 | Issued: Writ of execution on PFD. |
| 8 - 1 | 10/12/00 | USM Return on writ re: PFD partially satisfied $1571.09 ret #00113079. |
| 9 - 1 | 11/14/00 | PLF 1 motion to release attached PFD funds . |
| 10 - 1 | 12/08/00 | JWS Order granting motion to release attached PFD funds (9-1).  cc: cnsl, Finance |
| 11 - 1 | 01/02/01 | DEF 1 Affidavit and certificate of service re: 2000 PFD. |
| NOTE - 2 | 04/12/01 | Issued: writ of execution re: DEF 1 on PLF. |
| 12 - 1 | 04/12/01 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 13 - 1 | 10/25/01 | USM Return of writ of exec on DEF 1 PFD; exec 4/17/01. |
| 14 - 1 | 11/30/01 | PLF 1 motion to release attached PFD funds. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A99-0519--CV (JWS)
                                    "USA V WILLIAM T. SIGLER"

                                       For all filing dates


 Document #    Filed      Docket text

      15 -  1  12/04/01   JWS Order granting motion to release attached PFD funds (14-1). cc:
                          cnsl, Finance

      16 -  1  04/02/02   PLF 1 Application re: Writ of Execution on DEF 1 re: PFD.

    NOTE -  3  04/03/02   Issued: writ of execution on DEF 1 re: PFD.

      17 -  1  10/24/02   USM Return of svc on writ of execution re: DEF 1 partially satisfying
                          writ in the amt of $1,232.61 (receipt 00118801)on 4/5/02.

      18 -  1  11/21/02   PLF 1 motion to release attached PFD funds in the amount of $1,232.61.

      19 -  1  11/22/02   JWS Order granting mot to release attached PFD funds in the amount of
                          $1,232.61 (18-1). cc: cnsl, Finance

    NOTE -  4  04/04/03   Issued: writ of execution re: DEF 1.

      20 -  1  04/04/03   PLF 1 Application re: Writ of Execution re: DEF 1 on PFD.

      21 -  1  10/30/03   USM Return of svc on writ of garnishment on PFD re: DEF 1 partially
                          satifying in the amount of $886.05 (receipt # 00121695) on 4/10/03.

      22 -  1  11/26/03   PLF 1 motion to release attached PFD funds.

      23 -  1  12/03/03   JWS Order granting motion to release attached PFD funds (22-1). cc:
                          cnsl, Finance

    NOTE -  5  04/09/04   Issued: writ of execution re: DEF 1 on PFD.

      24 -  1  04/09/04   PLF 1 Application re: Writ of Execution re: DEF 1 on PFD.

      25 -  1  11/02/04   USM Return of svc on writ of execution re: DEF 1 on PFD on 11/02/04Crt
                          in receipt of $735.88 (receipt# 00124378).

      26 -  1  11/09/04   PLF 1 motion to release attached PFD Funds in the amount of $735.88.

      27 -  1  11/22/04   JWS Order granting mot to release attached PFD Funds in the amount of
                          $735.88 (26-1). cc: cnsl, Finance

    NOTE -  6  03/24/05   Issued: writ of execution re: DEF 1 on PFD.

      28 -  1  03/24/05   PLF 1 Application re: Writ of Execution re: DEF 1 on PFD.

      29 -  1  11/08/05   USM Return of svc on writ of execution re: PFD on DEF 1 executed on
                          4/1/05 in the amt of $195.96.

      30 -  1  11/22/05   PLF 1 motion to release attached PFD funds.

      31 -  1  11/29/05   JKS Order granting motion to release attached PFD funds (30-1). cc:
                          cnsl, Finance
```