TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Tel: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:99-cv-519-JWS |
| Plaintiff, | SATISFACTION OF JUDGMENT |
| vs. | |
| William T. Sigler, | |
| Defendant. | |

    Plaintiff the United States, by and through the United States Attorney for the District of Alaska, states that the judgment entered on October 27, 1999 in the above-captioned matter, has been paid in full.  The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

    Plaintiff hereby authorizes removal of the judgment lien which was recorded in the Anchorage Recording District on December 29, 1999 as No. 078411 at Book 3581, Page 236.

RESPECTFULLY SUBMITTED on January 17, 2006.

           TIMOTHY M. BURGESS
           United States Attorney

           S/Richard L. Pomeroy
           RICHARD L. POMEROY
           Assistant U.S. Attorney
           222 West Seventh Avenue, #9
           Anchorage, Alaska  99507
           Tel: (907) 271-5071
           Fax: (907) 271-2344
           E-mail: richard.pomeroy@usdoj.gov
           AK #8906031

I hereby certify that on January 17, 2006, a copy of the foregoing was served on:

William T. Sigler
4003 Lois Lane
Anchorage, AK 99517-2652

By
  ( ) Electronically
  ( ) U.S. Mail
  (X) U.S. Mail Certified
  ( ) FAX
  ( ) Hand Delivery

s/Richard L. Pomeroy